UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROCADE COMMUNICATIONS SYSTEMS, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 11-CV-5493-LHK <br><br> ORDER RE: DISCOVERY |

All discovery disputes in the above captioned matter shall be filed with the undersigned and not with Magistrate Judge Paul S. Grewal. The parties are strongly encouraged to resolve their discovery disputes without Court intervention. Thus, lead trial counsel must meet and confer in person prior to filing a discovery motion. A party filing a discovery motion must contact the Courtroom Deputy to reserve a hearing date prior to filing the motion. Any discovery motion or opposition may not exceed three pages; no party may file a reply. The opposition is due seven days after the discovery motion is filed.

**IT IS SO ORDERED.**

Dated: December 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge