1  FABIO MARINO (STATE BAR NO. 183825)
   fmarino@orrick.com
2  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
3  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
4  CHRISTINA VON DER AHE (STATE BAR NO. 255467)
   cvonderahe@orrick.com
5  NITIN GAMBHIR (STATE BAR NO. 259906)
   ngambhir@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, California 94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Defendant
   BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a Delaware corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>　　Defendant. | Case No.: 11-cv-05493 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE TO FEBRUARY 1, 2012 AT 2 PM**<br><br>Dept:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-05493 LHK

Plaintiff A10 Networks, Inc. and Defendant Brocade Communications Systems, Inc. jointly stipulate and request that the Case Management Conference currently scheduled in the above-entitled action for January 11, 2012 be reset to February 1, 2012 at 2 p.m. The parties jointly request this date change and ask that the Court approve it based on unavoidable schedule conflicts lead counsel both have on January 11, 2012. In addition, the parties have jointly agreed to an extension of time by which Brocade must answer or otherwise respond to A10's complaint. That stipulation may lead either to resolution of this matter or the filing of an amended complaint, the occurrence of which would benefit by a later-scheduled case management conference. As a result, the parties respectfully request that the Court approve their stipulation and reset the Case Management Conference to February 1, 2012 at 2 p.m.

Dated: December 6, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            /s/ Fabio Marino
                                            FABIO MARINO
                                            Attorneys for Defendant
                                            BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: December 6, 2011                    LATHAM & WATKINS LLP


                                            /s/ Mark A. Flagel
                                            MARK A. FLAGEL
                                            Attorneys for Plaintiff A10 NETWORKS, INC.

### ATTESTATION

I, Denise M. Mingrone, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Resetting Case Management Conference To February 1, 2012 At 2 P.M. Pursuant to General Order 45.X.B., I hereby attest that Mark Flagel, counsel for Plaintiff, has concurred in this filing.

                                            /s/ Denise M. Mingrone
                                            DENISE M. MINGRONE
                                            Attorneys for Defendant
                                            BROCADE COMMUNICATIONS SYSTEMS, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-05493 LHK

1   The Court grants the parties' request and hereby resets the Case Management Conference
2   in this matter to February 1, 2012 at 2 p.m. Counsel shall file a Joint Case Management
3   Conference Statement on or before January 25, 2012.
4   **IT IS SO ORDERED.**

6   Dated: <u>December 19</u>, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROPOSED] ORDER
RESETTING CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-05493 LHK