LATHAM & WATKINS LLP
  Mark A. Flagel (Bar No. 110635)
  Ryan E. Hatch (Bar No. 235577)
  Jessica C. Kronstadt (Bar No. 267959)
*mark.flagel@lw.com*
*ryan.hatch@lw.com*
*jessica.kronstadt@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  Dean G. Dunlavey (Bar No. 115530)
*dean.dunlavey@lw.com*
650 Town Center Drive - 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
A10 NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a California Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware Corporation,<br><br>           Defendant. | CASE NO. 5:11-cv-05493 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING A10 NETWORKS, INC. TO FILE A FIRST AMENDED COMPLAINT**<br><br>Dept:     Courtroom 8, 4th Floor<br><br>Judge:   Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER PERMITTING A10
TO FILE A FIRST AMENDED COMPLAINT
CASE NO. 5:11-cv-05493 LHK

WHEREAS Plaintiff A10 Networks, Inc. ("A10") and Defendant Brocade Communications Systems, Inc. ("Brocade") had agreed to allow A10 to review Brocade confidential information under the provisions of the Protective Order in order to allow for further investigation into the allegations of the Complaint filed in this action; and

WHEREAS, further to that agreement, A10 (through its counsel) has reviewed and is continuing to review certain such information and as a result wishes to amend its Complaint in this action;

**IT IS HEREBY STIPULATED,** by and between A10 and Brocade, that:

A10 shall be permitted to file its First Amended Complaint on or before January 10, 2012. Brocade shall answer or otherwise respond to the First Amended Complaint, and need not answer or otherwise respond to the original Complaint filed in this action.

| Dated: January 3, 2012 | LATHAM & WATKINS LLP<br><br>*/s/ Ryan E. Hatch*<br>RYAN E. HATCH<br>Attorneys for Plaintiff A10 NETWORKS, INC. |
|---|---|
| Dated: January 3, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>/s/ *Fabio E. Marino*<br>FABIO E. MARINO<br>Attorneys for Defendant<br>BROCADE COMMUNICATIONS SYSTEMS, INC. |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 4, 2012

_____
THE HONORABLE LUCY H. KOH
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND [PROPOSED] ORDER PERMITTING A10
TO FILE A FIRST AMENDED COMPLAINT
CASE NO. 5:11-cv-05493 LHK