FABIO E. MARINO (STATE BAR NO. 183825)
fmarino@mwe.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025
Telephone:    650.815.7400
Facsimile:    650.815.7401

DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  11-cv-05493 LHK<br><br>**STIPULATION RE DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.'S SUPPLEMENTAL INVALIDITY CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-3** |

Plaintiff A10 Networks, Inc. (A10) and Defendant Brocade Communications Systems, Inc. (Brocade) submit this Stipulation regarding the amendment of Brocade's Preliminary Invalidity Contentions under Patent L. R. 3-6. The Parties ask the Court to approve the Stipulation.

1. Brocade served its Preliminary Invalidity Contentions pursuant to Patent Local Rule 3-3 on April 2, 2012.

2. Brocade has prepared Supplemental Preliminary Invalidity Contentions which include references to newly discovered patents and publications that Brocade contends is prior art. Brocade represents that this alleged prior art was discovered and analyzed by Brocade in the course of a diligent prior art search after April 2.

3. On identifying this alleged prior art, Brocade prepared Supplemental Invalidity Contentions and accompanying claim charts for the prior art. Brocade produced copies of all the newly discovered prior art to A10 on April 10, 2012.

4. Brocade presented the Supplemental Invalidity Contentions to A10's counsel on April 10, 2012 seeking a stipulation. Brocade and A10 have met and conferred regarding Brocade's request to supplement its Preliminary Invalidity Contentions.

5. A10 has agreed to stipulate to grant Brocade's leave to serve its Supplemental Preliminary Invalidity Contentions as provided to A10 on April 10, 2012.

6. A10's agreement to stipulate to such amendment shall not be construed as an admission that A10 agrees with any of Brocade's contentions, or that A10 agrees that Brocade may further supplement its contentions in any manner.

NOW, THEREFORE, the Parties hereby AGREE AND STIPULATE and request that the Court order that Brocade's request for leave to serve its Supplemental Preliminary Invalidity Contentions Pursuant to Patent Local Rule 3-3 is GRANTED.

Dated: April 17, 2012                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         By       /s/ Siddhartha M. Venkatesan
                                                     Siddhartha Venkatesan
                                                     Attorneys for Defendant
                                              Brocade Communications Systems, Inc.

*Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.*


Dated: April 17, 2012                    LATHAM & WATKINS LLP


                                         By              /s/ Ryan Hatch
                                                           Ryan Hatch
                                                     Attorneys for Plaintiff
                                                       A10 Networks, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2012

                                         _____
                                         The Honorable Lucy H. Koh
                                         United States District Judge