UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; F5 NETWORKS, INC., a Washington corporation,<br><br>Defendants. | Case No.: 5:11-CV-05493-LHK<br><br>ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE |

Pending before the Court is Brocade's motion to dismiss filed on January 27, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this motion appropriate for determination without oral argument. Accordingly, the hearing and case management conference set for April 26, 2012, are hereby VACATED. The Court will issue an order on the motion to dismiss shortly.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
LUCY H. KOH
United States District Judge