| | |
|---|---|
| 1 | FABIO E. MARINO (STATE BAR NO. 183825) |
| | fmarino@mwe.com |
| 2 | MCDERMOTT WILL & EMERY LLP |
| | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, California 94025 |
| | Telephone:  650-815-7400 |
| 4 | Facsimile:  650-815-7401 |
| 5 | |
| | DENISE M. MINGRONE (STATE BAR NO. 135224) |
| 6 | dmingrone@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 1000 Marsh Road |
| | Menlo Park, California  94025 |
| 8 | Telephone:  650-614-7400 |
| | Facsimile:  650-614-7401 |
| 9 | |
| | Attorneys for Defendant |
| 10 | BROCADE COMMUNICATIONS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A10 NETWORKS, INC., a California corporation, | Case No. 5:11-cv-05493-LHK |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT DISMISSING ACTION IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** |
| v. | |
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, | Ctrm:   8, 4th Floor |
| | Judge:  Hon. Lucy H. Koh |
| Defendant. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] JUDGMENT
CASE NO. 5:11-cv-05493-LHK

1  On May 29, 2012, the Court issued an order granting Defendant Brocade Communications Systems Inc.'s ("Brocade") motion to dismiss on the grounds that Plaintiff A10 Neworks, Inc. ("A10") lacks standing to assert the claim alleged in A10's First Amended Complaint and for A10's failure to join necessary and indispensable parties. D.I. 081.  The Court granted A10 twenty-one (21) days to file an amended complaint to add parties.  The 21 days has elapsed and A10 has failed to file an amended complaint.  As a result, the Court hereby dismisses this case and enters judgment in favor of Brocade and against A10 in the above-entitled action.  Each party to bear its own fees and costs.  The Clerk shall close the file.

Dated: June  27 , 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge